UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ASHLEY NEIL,                              :
                                          :
        Plaintiff            :    No. 3:13-CV-3013
                                          :
    vs.                                   :    (Judge Nealon)
                                          :
CAROLYN W. COLVIN, Acting                 :
Comissioner of Social Security,           :       **FILED**
                                          :      **SCRANTON**
        Defendant            :      NOV 21 2014

PER _____/s/_____
      DEPUTY CLERK

**ORDER**

NOW, this 21st day of November, 2014, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's appeal is **DENIED**;

2. The decision of the Commissioner of the Social Security Administration denying Plaintiff, Ashley Neil, disability insurance benefits and supplemental security income is **AFFIRMED**;

3. The Clerk of Court shall **CLOSE** this case.

_____/s/_____
**United States District Judge**